1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4  PHILIP KOPCZYNSKI (NYBN 4627741)
   Special Assistant United States Attorney
5
6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
7      Telephone: (408) 535-5589
       Fax: (408) 535-5066
8      Philip.Kopczynski@USDOJ.gov

   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 10-511-~~EXE~~ JW |
|---|---|
| Plaintiff, | ) NOTICE OF DISMISSAL |
| v. | ) |
| RAFAEL RIVERA-VILLANUEVA, | ) |
| Defendant. | ) |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the Indictment without prejudice in the above-referenced case, and moves that the Court quash the arrest warrant issued in connection with the Indictment.

DATED: April 25, 2014                                Respectfully submitted,

                                                             MELINDA HAAG
                                                             United States Attorney

                                                             /s/ J. Douglas Wilson
                                                             J. DOUGLAS WILSON
                                                             Chief, Criminal Division

NOTICE OF DISMISSAL (CR 10-511-EXE)

1   Leave is granted to the government to dismiss the Indictment.  It is further ordered that the arrest
2   warrant issued in connection with the Indictment is quashed.
3
4
5   Date:  4/29/2014

    _____
    Edward J. Davila
6   United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF DISMISSAL (CR 10-511-EXE)